UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XBN, a Minor, By and Through His Guardian Ad Litem, ALONDRA NUNEZ, and ALONDRA NUNEZ, Individually,<br><br>                    Plaintiffs,<br><br>v.<br><br>KAWEAH HEALTH, ET AL.,<br><br>                    Defendants. | Case No. 1:23-CV-01453-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. No. 17) |

On April 9, 2024, the Parties filed a Joint Status Report and Motion to Further Continue Mandatory Scheduling Conference.  (Doc. No. 17).  The Parties request a further stay and continuance of the Mandatory Scheduling Conference in this case until the United States files its answer to Plaintiff's complaint in a related case so that the actions may be consolidated.

ACCORDINGLY, for good cause shown, the Court GRANTS the Motion (Doc. No. 17) and continues the Mandatory Scheduling Conference in this case until further order of court.

Dated:    April 10, 2024   

HELENA M. BARCH-KUCHTA

UNITED STATES MAGISTRATE JUDGE