IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XBN, *et al.*,<br><br>                          Plaintiffs,<br>      v.<br>KAWEAH HEALTH, *et al.*,<br><br>                          Defendants.<br>-------------------------------------------------<br>XBN, *et al.*,<br><br>                          Plaintiffs,<br>      v.<br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | Case Nos.: 1:23-cv-01453-JLT-HBK<br>              1:24-cv-00431-KES-HBK<br><br>ORDER GRANTING MOTIONS TO CONSOLIDATE CASES<br><br>ORDER SETTING INITIAL SCHEDULING CONFERENCE<br><br>SEPTEMBER 5, 2024 AT 12:15 P.M.<br><br>(Doc. Nos. 24, 25) |

      Pending before the Court are the Parties' Stipulated Motions to Consolidate Cases and Set Initial Scheduling Conference filed August 9, 2024 in each of the above cases. (Doc. Nos. 24, 25 respectively). The Parties seek to consolidate the above captioned actions. The Court finds consolidation of the two actions is appropriate. Fed. R. Civ. P. 42(a).

      ACCORDINGLY, it is **ORDERED**:

      1.    The Parties' Stipulated Motions to Consolidate Cases and Set Initial Scheduling Conference (Doc. Nos. 24, 25, respectively) are GRANTED to the extent set forth herein.

1

2. The Clerk of the Court shall consolidate Case Nos. 1:23-cv-01453-JLT-HBK and 1:24-cv-00431-KES-HBK.

3. All future filings and correspondence shall be filed in the lead case, Case No. 1:23-cv-01453-JLT-HBK.

4. The Clerk shall file a copy of this Order in Case No. 1:24-cv-00431-KES-HBK, vacate the Initial Scheduling Conference set for August 29, 2024 and all related deadlines in that case (Doc. No. 24) and administratively close that case.

5. An Initial Scheduling Conference is set for **SEPTEMBER 5, 2024 at 12:15 P.M.** in Case No. 1:23-cv-01453-JLT-HBK before the undersigned with a Joint Scheduling Report due no later than **AUGUST 29, 2024.**

6. The undersigned defers to the district court as to the issue of reassignment of Case No. 1:24-cv-000431-KES-HBK. Local Rule 123(c).

Dated:   August 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE